Paul HARRIS and Paul HARRIS d/b/a PAUL HARRIS
SCHOOL OF REAL ESTATE *v.* ARKANSAS REAL
ESTATE COMMISSION; D. L. D'AUTEUIL, William A.
PAYNE, and Carolyn AMBRUST as Commissioners;
Bennie C. BEARD as Chairman, Paul LIPSMEYER as
Secretary and William ETTER as Hearing Officer

81-161                                      627 S.W. 2d 1

Supreme Court of Arkansas
Opinion delivered January 11, 1982
[Rehearing denied February 16, 1982.]

*Ralph M. Patterson, Jr.,* for appellant.

*Steve Clark,* Atty. Gen., by: *Nelwyn Leone Davis,* Asst.
Atty. Gen., for appellee.

PER CURIAM. This is an appeal from a circuit court
judgment affirming the decision of the Arkansas Real Estate
Commission to revoke appellant's real estate broker's li-
cense. In the process of appeal, the appellant has filed two
volumes entitled "Abstract and Brief of Appellant." How-
ever, the appellant has not abstracted the transcripts of
testimony of the hearings. Instead, he has reproduced a
major part of the transcripts. A reprint of a transcript is not
an abstract. Rule 9 of the Arkansas Supreme Court sets forth
in detail the manner in which the appellant is to make an
abstract of the record. For a discussion of abstracting see
Smith, *Arkansas Appellate Practice: Abstracting the Record,*
31 Ark. L. Rev. 359 (1977). Rule 9 (d) does not permit the
reproduction or substitution of the record in place of an
abstract. We have consistently held that this flagrant viola-

tion of Rule 9 (d) calls for summary affirmance. *Sellers* v. *Harvey*, 222 Ark. 804, 263 S.W. 2d 86 (1953); *Gray* v. *Ouachita Creek Watershed Dist.*, 239 Ark. 141, 387 S.W. 2d 605 (1965); *Smith* v. *Pond*, 259 Ark. 564, 534 S.W. 2d 769 (1976).

Affirmed pursuant to Rule 9 (e) (2).